IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 09-04003-05-CR-C-NKL |
| TARRON M. CASON, | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge William Knox, to which no objection has been filed, the plea of guilty to Count 1 of the Indictment entered on July 6, 2009 is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

    s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Kansas City, Missouri
July 29, 2008